# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

Bridget M. McCormack,
Chief Justice

159862

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

THERESA M. HELLER,
      Plaintiff-Appellant,

v

                                    SC: 159862
                                    COA: 345164

JOYCE L. DEJONG, D.O., HOMER STRYKER
SCHOOL OF MEDICINE and OFFICE OF
KALAMAZOO COUNTY MEDICAL
EXAMINER,
                Defendants-Appellees.

Kalamazoo CC: 2018-000052-AA

_____/

      On order of the Court, the application for leave to appeal the May 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



b0323

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk